**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER: 1:05-M-82A** **DATE: June 9, 2005**

**TITLE: USA v. John J. Conley**

**U.S. MAGISTRATE JUDGE LINCOLN D. ALMOND**

**COURTROOM CLERK: Jeannine Theall**

**COURT REPORTER: Taped**

**IN COURT:**

---

**COUNSEL PRESENT:**

Terrence Donnelly, AUSA
Ed Roy, Esq.
Charlene Tryhubczak, Pretrial Services

**PROCEEDINGS:**

Initial Appearance, Waiver of Preliminary Exam and Bail Hearing:

Court informs defendant of rights and charge.
Deft understands rights and charge.
Court grants appointment of counsel.
Waiver of Preliminary Exam.
Court informs defendant of rights.
Defendant understands rights and waiver.
Court accepts waiver.
Attys request bail.
Deft released on $50,000.00 unsecured bond and conditions.
Court informs defendant of penalties.
Defendant understands penalties.