AO 458 (Rev. 10/95) Appearance

# United States District Court
## *District of Rhode Island*

U. S.

v.

John J. Conley

APPEARANCE

CASE NUMBER: 1:05M82A

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for the defendant, John J Conley

I certify that I am admitted to practice in this court.

6-9-05

*Date*

[signature]

*Signature*

Edward C Roy, Jr

*Print Name* *Bar Number*

10 Weybosset St, Suite 300

*Address*

Providence, RI 02903

*City* *State* *Zip Code*

528-4281

*Phone Number* *Fax Number*

orm was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.