**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER: CR05-79S** **DATE: June 30, 2005**

**TITLE: USA v. John Conley**

**U.S. MAGISTRATE JUDGE LINCOLN D. ALMOND**

**COURTROOM CLERK: Jeannine Theall**

**COURT REPORTER: Taped**

**IN COURT:**

---

**COUNSEL PRESENT:** Terrence Donnelly, AUSA
Ed Roy, Esq.
Charleen Tryhubczak, Pretrial Services

**PROCEEDINGS:**

Arraignment:

Court informs Deft of rights and charges.
Deft understands rights and charges.
Deft pleads not guilty.
Arraignment order entered.
Deft Counsel asks for additional time to file pretrial motions.
Court grants request.
Deft is complying with conditions of release.
Deft released on same conditions.