AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

U. S. A.

v.

John J. Conley

APPEARANCE

CASE NUMBER: CR05-79S.

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for John J. Conley

I certify that I am admitted to practice in this court.

6-30-05
*Date*

[signature]
*Signature*

Edward C. Roy, Jr.
*Print Name* *Bar Number*

10 Weybosset St.
*Address*

Providence, RI 02903
*City* *State* *Zip Code*

528-4281
*Phone Number* *Fax Number*

-rm was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.