AO 83 (Rev. 12/85) Summons in a Criminal Case

# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

JOHN J. CONLEY

SUMMONS IN A CRIMINAL CASE

CASE NUMBER: CR05-79S

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **United States Courthouse**<br>**Two Exchange Terrace**<br>**John O. Pastore Federal Building**<br>**Providence, RI 02903** | COURTROOM A |
| Before: MAGISTRATE JUDGE LINCOLN D. ALMOND | Date and Time<br>JUNE 30, 2005 AT 11:30 A.M. |

To answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Violation Notice ☐ Probation Violation Petition

Charging you with a violation of Title 18 Section(s) 1343

Brief description of offense:

WIRE FRAUD

Signature of Issuing Officer

June 24, 2005

Date

JEANNINE THEALL, DEPUTY CLERK

Name and Title of Issuing Officer

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.

AO 83 (Rev. 12/85) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me on: Date 6/30/05

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant at: US Magistrate Court

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 6/30/05
Date

Burton Stallwood
Name of United States Marshal

[signature]
(by) Deputy United States Marshal

Remarks: Δ Previously Served by Atty / FAX

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND
2005 JUL -8 P 3:08
FILED