UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR. No. 05-079S |
| | ) | |
| JOHN J. CONLEY | ) | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO CONTINUE TRIAL**

The defendant has filed a Motion to Continue Trial. The government does not object.

The Speedy Trial Act allows for the exclusion of time from its calculations "resulting from a continuance granted by any judge on his own motion or at the request of the defendant or his counsel or at the request of the attorney for the Government, if the judge granted such continuance on the basis of his findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. §1961(h)(8)(A). In assessing this provision, a Court can consider "[w]hether the case is so unusual or so complex, due to the number of defendants, the nature of the prosecution, or the existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by this section." 18 U.S.C. §1961(h)(B)(ii).

Here, the government agrees that this prosecution is

particularly complex. The allegations involve questions of business fraud, and thus the case involves voluminous documents. To date, approximately 4000 pages of discovery have been provided to defense counsel. Further, the case involves at least eight victims and victim entities. At a minimum, this is the kind of case - particularly in light of the fact that the defendant is released on bail - where extra time is needed by the parties for proper preparation of the case for trial. See 18 U.S.C. §1961(h)(B)(iv).

Respectfully submitted,
UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

Terrence P. Donnelly
Assistant U.S. Attorney

Certificate of Service

I hereby certify that on the 1st day of September, 2005, a copy of the within Government's Memorandum was mailed, postage prepaid, to Edward C. Roy, Assistant Federal Defender, 10 Weybosset Street, Suite 300, Providence, RI 02903.

[signature]