UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
AUG 30 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : CR No. 05-79 S

JOHN CONLEY :

DEFENDANT'S MOTION TO CONTINUE TRIAL

NOW comes the defendant, John Conley, through counsel, and moves that this Honorable Court continue the trial of this matter to the Court's trial calendar for January of 2006. In support of this motion, defense counsel states that:

1. This case is a matter of unusual complexity, consisting of fourteen (14) counts of wire fraud, involving witnesses and victims who reside in Illinois, Michigan, California, Virginia and Arizona, as well as other locations.

2. Defense counsel to date has not yet completed a review of the voluminous discovery recently received in this case.

3. The interests of justice will be served by the granting of this motion to continue in that the interests of the public and the Government in a speedy trial are outweighed by the interests of the defendant in having his defense of these charges properly prepared by his counsel, as outlined in 18 U.S.C. § 3161(h)(8)(A).

WHEREFORE, the defendant moves that this Honorable Court grant this motion, for the reasons set forth above.

JOHN CONLEY,
BY HIS ATTORNEY,

EDWARD C. ROY, ESQUIRE
ASSISTANT FEDERAL DEFENDER
10 WEYBOSSET STREET, SUITE 300
PROVIDENCE, RI 02903
( 401 ) 528 - 4281

GRANTED
William E. Smith
U.S. District Judge
9/2/05

CERTIFICATION

I hereby certify that I hand-delivered a copy of the within to Terrence Donnelly, AUSA on the 30th day of September, 2005.