UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CR No. 05-79 S |
| JOHN J. CONLEY | : | |

MOTION TO WITHDRAW

NOW comes defense counsel, Edward C. Roy, Jr., Esquire, Assistant Federal Public Defender, and moves to withdraw his appearance for the defendant, who informed defense counsel on November 29, 2005 that he was hiring private counsel.

JOHN J. CONLEY,
BY HIS ATTORNEY,

EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
( 401 ) 528 - 4281

## CERTIFICATION

I hereby certify that I hand-delivered a copy of the within to Terrence Donnelly, AUSA and mailed a copy to John J. Conley, at his home address, on the 29th day of November, 2005.

[signature]