UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : CR No. 05-79 S

JOHN CONLEY :

DEFENDANT'S UNOPPOSED MOTION TO CONTINUE TRIAL

NOW comes the defendant, John Conley, through counsel, and moves that this Honorable Court continue the trial of this matter to a trial date of February 28, 2006. In support of this motion, defense counsel states that the additional time is necessary for the defendant to adequately prepare for trial given the number of witnesses and the complexity of the case. Based upon a hearing in open court on December 22, 2005, the Government has indicated there is no objection to the proposed continuance.

The interests of justice will be served by the granting of this motion to continue in that the interests of the public and the Government in a speedy trial are outweighed by the interests of the defendant in having his defense of these charges properly prepared by his counsel, as outlined in 18 U.S.C. § 3161(h)(8)(A).

WHEREFORE, the defendant moves that this Honorable Court grant this motion, for the reasons set forth above.

JOHN CONLEY,
BY HIS ATTORNEY,

EDWARD C. ROY, ESQUIRE
ASSISTANT FEDERAL DEFENDER
10 WEYBOSSET STREET, SUITE 300
PROVIDENCE, RI 02903
( 401 ) 528 - 4281

CERTIFICATION

I hereby certify that I hand-delivered a copy of the within to Terrence Donnelly, AUSA on the 23rd day of December, 2005.

______________________________