UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : CR No. 05-79 S

JOHN J. CONLEY :

# MOTION TO DISCLOSE EVIDENCE UNDER F.R.EVID. 404(b)

NOW comes the defendant, John J. Conley, and moves that this Honorable Court direct the Government to disclose to the defense, as soon as is practicable, any and all evidence of other crimes, bad acts, evidence of other claimed "fraudulent business schemes" pertaining to the defendant.

JOHN J. CONLEY,
By his attorney,

EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
( 401 ) 528 - 4281

## CERTIFICATION

I hereby certify that I hand-delivered a copy of the within to Terrence Donnelly, AUSA on the 25th day of January, 2005.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CR No. 05-79 S |
| JOHN J. CONLEY | : | |

## MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISCLOSE EVIDENCE UNDER F.R.EVID. 404(b)

The defendant, John J. Conley, has moved that this Honorable Court direct the Government to disclose to the defense, as soon as is practicable, any and all evidence of other crimes, bad acts, evidence of other claimed "fraudulent business schemes" pertaining to the defendant.

The evidence sought by the defendant in this motion is producible under the provisions of Federal Rules of Evidence 404(b). Rule 404(b) requires that the prosecution provide the defense with "reasonabale notice" of the potential 404(b) evidence. In this case, the defense would request the 404(b) evidence be disclosed prior to empanelment, scheduled for February 7, 2006.

JOHN J. CONLEY,
By his attorney,

EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
( 401 ) 528 - 4281

## CERTIFICATION

I hereby certify that I hand-delivered a copy of the within to Terrence Donnelly, AUSA on the 25th day of January, 2005.

____________________________