UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : CR No. 05-79 S

JOHN J. CONLEY :

MOTION TO STRIKE

NOW comes the defendant, John J. Conley, and moves to strike from the indictment the language concerning the allegation of an "advance fee scheme", set forth in paragraph 2 of the indictment, pursuant to Rule 7(d) of the Federal Rules of Criminal Procedure.

JOHN J. CONLEY,
By his attorney,

EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
( 401 ) 528 - 4281

CERTIFICATION

I hereby certify that I hand-delivered a copy of the within to Terrence Donnelly, AUSA on the 26th day of January, 2005.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CR No. 05-79 S |
| JOHN J. CONLEY | : | |

# MEMORANDUM OF LAW IN SUPPORT OF MOTION TO STRIKE

The defendant, John J. Conley, has moved to strike from the indictment the language concerning the allegation of an "advance fee scheme", set forth in paragraph 2 of the indictment, pursuant to Rule 7(d) of the Federal Rules of Criminal Procedure.

## I. Language Sought To Be Stricken

The indictment explains an "advance fee scheme", a term of art, not a legal term, as follows:

> " An advance fee scheme occurs when the victim pays money to someone in reliance on false representations that they will receive something of greater value, such as a loan, contract, investment, or gift, and the receives little or nothing in return."
>
> Indictment, ¶ 2.

## II. Argument

Rule 7 (d) of the Federal Rules of Criminal Procedure allows the court to strike language that is "surplusage". In this case, the above-cited language is superfluous and is surplusage. The reason for the filing of this motion is that the Government's use of the term "advance fee

scheme" clearly connotes that such a term is found to exist in the law when, in reality, the definition set out in the indictment is merely an opinion.

For these reasons, the defendant moves that this Honorable Court strike the above-cited language in paragraph 2 of the indictment.

JOHN J. CONLEY,
By his attorney,

EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
( 401 ) 528 - 4281

CERTIFICATION

I hereby certify that I hand-delivered a copy of the within to Terrence Donnelly, AUSA on the 26th day of January, 2005.

______________________________