IT IS HEREBY ORDERED THAT THE CONTENTS OF THIS ENVELOPE ARE SEALED AND SHALL REMAIN SEALED UNTIL FURTHER ORDER OF THE COURT.

2/2/06
~~2/1/06~~
DATE

USMJ

S06-024 tpd/ls CR05-79S
USAO SEALING NO.