**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR. No. 05-079S |
| | ) | |
| JOHN J. CONLEY | ) | |

**UNITED STATES' MOTION**
**TO ISSUE PRETRIAL SUBPOENAS**

The United States is seeking, pursuant to Fed. R. Crim. P. 17(c), authorization that two subpoenas be returnable prior to trial.

The subpoenas call for the production of records held by the following two financial institutions of accounts in the defendant's name. The government is seeking to issue the subpoenas to:

- First Premier Bank; and
- MBNA

The government is seeking pretrial production of the records so that it may comply with its discovery obligations. Counsel for the defendant has informed the government that he has no objections to the Motion.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

FILED IN OPEN COURT on 1:15 p.m. DLB 2/7/06

TERRENCE P. DONNELLY
Assistant U.S. Attorney

Certificate of Service

I hereby certify that on this 7th day of February, 2006, a copy of the within Government's Motion to Issue Pretrial Motions was delivered by hand, to Edward C. Roy, Assistant Federal Defender, 10 Weybosset Street, Suite 300, Providence, RI 02903.