UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| VS. | : | CR. NO. 05-79S |
| JOHN CONLEY | : | |

MOTION TO QUASH SUBPOENA

Now comes the defendant, John Conley and moves to quash a subpoena issued to Mark Joseph, Esquire. In support of this the defendant incorporates by reference the memorandum of law filed in connection with a motion to quash other subpoenas, which motion and memo were filed on February 9, 2006. (A copy of the subpoena served on Mr. Joseph is attached hereto and is incorporated by reference herein.)

John Conley
By his Attorney,

Edward C. Roy
Assistant Federal Defender
Federal Public Defender Office
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528-4281

Certification

I hereby certify that on this 9th day of February, 2006, I hand-delivered a true copy of the within motion to:

Terrence Donnelly, AUSA
Office of the United States Attorney
50 Kennedy Plaza, 8th Floor
Providence, RI 02903