UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : CR No. 05-79 S

JOHN J. CONLEY :

MOTION FOR ISSUANCE OF SUBPOENA DUCES TECUM

NOW comes the defendant, John J. Conley, and moves for the issuance of a subpoena duces tecum for Wexford Capital, LLC of Greenwich, Connecticut, for the following documents, returnable on February 28, 2006.

1. Any purchase and sales agreement for Shuttle America Corporation;

2. Any documents relating to the acquisition of Shuttle America Corporation by Shuttle Acquisition LLC, or any subsidiary or division of Wexford Capital that has any ownership interest in either Shuttle America Corporation or Shuttle Acquisition, LLC.

( A copy of the subpoena is attached hereto.)

JOHN J. CONLEY,
By his attorney,

EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
( 401 ) 528 - 4281

Date: February 8, 2006