UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
FEB 1 0 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | CR No. 05-79S |
| | : | |
| JOHN J. CONLEY | : | |

**MOTION TO QUASH SUBPOENAS**

NOW INTO COURT, through undersigned counsel, comes Stone Pigman Walther Wittmann L.L.C. ("Stone Pigman"), who hereby requests this court to quash the subpoena duces tecum, issued on February 3, 2006 in the above captioned proceeding, to the extent that it requests this court to quash the subpoena duces tecum, issued on February 3, 2006 in the above captioned proceeding, to the extent that it requests the production of any documents or testimony regarding communications between Stone Pigman and John J. Conley ("Mr. Conley"), which are protected by the attorney-client privilege. Stone Pigman's reasons for this request are explained more fully in the accompanying memorandum in support of this motion.

Respectfully submitted,

PLAINTIFF
Stone Pigman Walther Wittmann L.L.C.
By Its Attorneys:

Walter R. Stone (#1649)
Victoria M. Almeida (#1755)
ADLER POLLOCK & SHEEHAN P.C.
One Financial Plaza, 8th Floor
Providence, RI 02903-2443

Tel: (401) 274-7200
Fax: (401) 351-4607

Dated: February 9, 2006

CERTIFICATION

I hereby certify that a copy of the within was faxed and mailed to Terrence, P. Donnelly, Esq., Assistant U.S. Attorney, 50 Kennedy Plaza, Providence, RI 02903 and Edward Roy, Assistant Federal Defender, 10 Weybosset Street, Providence, Rhode Island 02903, on this 9 day of February, 2006.

*371187_1.doc*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | CR No. 05-79S |
| | : | |
| JOHN J. CONLEY | : | |

**MEMORANDUM IN SUPPORT OF STONE PIGMAN'S MOTION TO QUASH SUBPOENAS**

Stone Pigman Walther Wittmann L.L.C. ("Stone Pigman") submits this Memorandum in Support of its Motion to Quash the subpoena duces tecum issued by the United States of America on February 3, 2006.

The subpoena duces tecum requests, among other things, all records relating to persons and/or businesses for which Mr. Conley and/or the entities named in the subpoena duces tecum were attempting to secure financing, including letters of intent, loan agreements, corporate documents, correspondence, fax communications, emails, and documents related to due diligence investigations of the business.

The subpoena requests that the law firm produce all records relating to this defendant and various entities with whom he was associated. Undoubtedly, the scope of this request encompasses attorney-client, privileged communications. To allow such unbridled government request will have a chilling effect on the protected relationship between attorney and client. The government must make a sufficient showing that any exception to the attorney-client privilege exists. *See In Re: Grand Jury Proceedings*, 417 F.3d 18 (1st Cir. 2005). As reiterated by the First Circuit in this most recent attorney-client privilege decision, the government must show that:

1. that the client was engaged in (or was planning) criminal or fraudulent activity when the attorney-client communications took place; and

2. that the communications were intended by the client to facilitate or conceal the criminal or fraudulent activity.

*Id.* at 22 (citing *In re Grand Jury Proceedings* (Violette), 183 F.3d 71, 75 (1st Cir. 1999).

These requested documents encompass communications between Stone Pigman and Mr. Conley, a former client of the firm. Those communications are protected by the attorney-client privilege. Mr. Conley has not expressly waived this privilege and allowed disclosure of these communications to anyone. In fact, Stone Pigman has been advised by Edward Roy, defense counsel for Mr. Conley, that he has also filed a motion to quash the above referenced subpoena duces tecum and that the hearing on that motion is scheduled for February 13, 2006. Stone Pigman respectfully submits that it should not be ordered to produce documents or testimony responsive to the subpoena until after these privilege issues are resolved. Stone Pigman has advised Terrence Donnelly, Assistant United States Attorney, of this position.

WHEREFORE, for the reasons discussed above, Stone Pigman Walther Wittmann L.L.C. respectfully requests this Honorable Court to quash the subpoena duces tecum issued by The United States of America to the extent that it requests the production of documents or testimony regarding communications between Stone Pigman Walther Wittmann L.L.C. and Mr. Conley, which are protected by attorney-client privilege.

Respectfully submitted,

PLAINTIFF
Stone Pigman Walther Wittmann L.L.C.
By Its Attorneys:

Walter R. Stone (#1649)
Victoria M. Almeida (#1755)
ADLER POLLOCK & SHEEHAN P.C.
One Financial Plaza, 8th Floor
Providence, RI 02903-2443
Tel: (401) 274-7200
Fax: (401) 351-4607

Dated: February 9, 2006

CERTIFICATION

I hereby certify that a copy of the within was faxed and mailed to Terrence, P. Donnelly, Esq., Assistant U.S. Attorney, 50 Kennedy Plaza, Providence, RI 02903 and Edward Roy, Assistant Federal Defender, 10 Weybosset Street, Providence, Rhode Island 02903, on this 10 day of February, 2006.

*371188_1.doc*