# FBI FACSIMILE

# COVER SHEET

**PRECEDENCE**

- ☐ Immediate
- ☐ Priority
- ☐ Routine

**CLASSIFICATION**

- ☐ Top Secret
- ☐ Secret
- ☐ Confidential
- ☐ Sensitive
- ☒ Unclassified

Time Transmitted: ~~3:56~~ 4:10 pm (est)
Sender's Initials: JDP
Number of Pages: 3
(including cover sheet)

To: MARC JOSEPH/Levenfeld Pearlstein Date: 2/6/06
Name of Office

Facsimile Number: (312) ~~476-7571~~ 346-8434

Attn: Marc Joseph
Name Room Telephone

From: PROVIDENCE RA
Name of Office

Subject: Grand Jury Subpoena

Special Handling Instructions: Please hand deliver to MARC Joseph

Originator's Name: SA James Pitcavage Telephone: 401-272-8310

Originator's Facsimile Number: 401-458-1199

Approved:

Brief Description of Communication Faxed:

**WARNING**

Information attached to the cover sheet is U.S. Government Property. If you are not the intended recipient of this information, disclosure, reproduction, distribution, or use of this information is prohibited (18.USC, § 641). Please notify the originator or the local FBI Office immediately to arrange for proper disposition.

# United States District Court

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V.

JOHN CONLEY

## SUBPOENA

CASE NUMBER: 05-079-S

TYPE OF CASE: ☐ CIVIL ☒ CRIMINAL

SUBPOENA FOR: ☒ PERSON ☐ DOCUMENT(S) or OBJECT(S)

TO:

Marc Joseph

YOU ARE HEREBY COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE | COURTROOM / DATE AND TIME |
|---|---|
| United States District Court<br>Federal Building - United States Courthouse<br>One Exchange Terrace<br>Providence, Rhode Island | COURTROOM: 2<br>DATE AND TIME: February 28, 2006 at 9:30 a.m. |

YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):*

Before coming to court, please contact F.B.I. Special Agent James Pitcavage, who will advise you as to the exact time and date of your required attendance. Special Agent Pitcavage can be reached at (401) 272-8310. If you are traveling from outside the State of Rhode Island, your travel plans (hotel and transportation) need to be coordinated with witness coordinator Gale James. Ms. James can be reached at (401) 709-5023.

☐ *See additional information on reverse*

This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| U.S. MAGISTRATE OR CLERK OF COURT | DATE |
|---|---|
| Paulette J. Dube<br>(BY) DEPUTY CLERK<br>Chief Deputy Clerk | February 3, 2006 |

This subpoena is issued upon application of the:

☐ Plaintiff ☐ Defendant ☒ U.S. Attorney
ROBERT CLARK CORRENTE

QUESTIONS MAY BE ADDRESSED TO:

TERRENCE P. DONNELLY, AUSA
United States Attorney's Office
50 Kennedy Plaza, 8th Fl. Fleet Cen
Providence, RI 02903 (401) 709-50
ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER

*If not applicable, enter "none".

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR. No. 05-079S |
| | ) | |
| JOHN J. CONLEY | ) | |

**ORDER GRANTING PERMISSION**
**FOR ISSUANCE OF A SUBPOENA**

Pursuant to Rule 3.8(f) of the Rhode Island Rules of Professional Responsibility and LR Gen 208(a), the government's motion to issue a subpoena to Marc Joseph, relating to matters he learned while employed by Seyfarth Shaw LLP and/or D'Ancona & Pflaum, to testify before this Court is hereby granted on the following conditions:

1. Neither Mr. Joseph nor Seyfarth Shaw LLP are precluded from moving to quash the subpoena to the extent that it encompasses any documents or testimony protected by the attorney/client privilege or for any other reason that may constitute grounds for quashing a subpoena.

2. A copy of this order shall be served with the subpoena.

BY ORDER:

DEPUTY CLERK

ENTER:

LINCOLN D. ALMOND
UNITED STATES MAGISTRATE JUDGE

DATE: 2/2/06

Attest to
True Copy
DAVID A. DIMARZIO
By Deputy Clerk

TOTAL P.03