UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : CR No. 05-79 S

JOHN CONLEY :

## DEFENDANT'S MOTION FOR DOWNWARD DEPARTURE

NOW comes the defendant, John J. Conley, and moves for a four (4) level downward departure pursuant to U.S.S.G. § 5H1.6, as his family circumstances are extraordinary, as outlined in the attached memorandum of law in support of motion for downward departure.

JOHN J. CONLEY,
By his attorney,

Edward C. Roy, Jr., Esquire
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
( 401 ) 528 - 4281

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : CR No. 05-79 S

JOHN CONLEY :

MEMORANDUM OF LAW IN SUPPORT OF
DEFENDANT'S MOTION FOR DOWNWARD DEPARTURE

The defendant, John J. Conley has moved for a four (4) level downward departure pursuant to U.S.S.G. § 5H1.6, as his family circumstances are extraordinary, as outlined herein and in the attached exhibits.

1. Defendant's Family Circumstances

The defendant has acted for the past several years as the sole caretaker of his elderly mother, Mary Conley. In support of this motion, defense counsel had the Federal Defender office investigator, Daniel Fortier, interview Mary Conley, William Conley and Timothy Conley. Mr. Fortier's report is attached hereto as Exhibit A.

A. Mary Conley's Medical Condition

Per the report of Dr. Daniel J. Levine, it is clear that Mrs. Conley suffers from a myriad of serious medical conditions: coronary artery disease, diabetes, hypertension, as well as macular degeneration, resulting in her being unable to

drive. ( Dr. Levine's report is attached hereto as Exhibit B). Without question, Mrs. Conley needs John's assistance on a nearly everyday basis in order to maintain her independence.

B. John Conley's Irreplaceable Role

Clearly, a defendant seeking a downward departure under U.S.S.G. § 5H1.6 must demonstrate that he is irreplaceable or indispensable in the care of his family member. United States v. Roselli, 366 U.S. 58, 63 (1st Cir. 2004). For the particular circumstances described in the letters of his siblings, William Conley, Esq. and Timothy Conley, John Conley has assumed the role of caretaker with respect to his elderly mother. Without his intervention, Mrs. Conley would be unable to live independently, a fact confirmed by William Conley and Timothy Conley.

C. Additional Evidence Of John Conley's Community Involvement

During the course of representing the defendant, defense counsel was made aware of the fact that the defendant and his wife have acted as the "surrogate grandparents" for a young man, who is described in Mr. Fortier's report on the subject. ( The report on the Belanger matter is attached hereto as Exhibit C). Mr. Fortier's report describes how the defendant has acted as an appropriate, postive influence on this young man. The young man, who suffers from Attention Deficit-

Hyperactivity Disorder (ADHD) and Oppositional Defiant Disorder, certainly seems to have benefited from the defendant's taking an interest in his life, mentoring him in job skills, educational issues and social interactions with peers. While the government has taken great pains to depict the defendant as evil and dishonest, the behavior described in the counts of convictions is clearly an aberration when one looks at the overall life of the defendant, John J. Conley.

2. Legal Analysis

The defendant has cited the Roselli, *supra*, decision as authority for the appropriate legal standard to be applied in the analysis of this departure motion. If the Court were to determine that the defendant did not make out a case for a downward departure, the defendant would, alternatively, request the Court review the issued raised in this memorandum and motion under United States v. Booker, 543 U.S. 220 (2005). Defendant is submitting a separate memorandum which will serve to address the "Booker" argument.

JOHN J. CONLEY,
By his attorney,

Edward C. Roy, Jr., Esquire
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
( 401 ) 528 - 4281

**CERTIFICATION**

I hereby certify that I hand-delivered a copy of the within to Terrence Donnelly, AUSA and to Charleen Tryhubczak, USPO on the 25th day of April, 2006.

______________________________