UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : CR No. 05-79 S

JOHN CONLEY :

DEFENDANT'S MOTION FOR DOWNWARD DEPARTURE

NOW comes the defendant, John J. Conley, and moves for a four (4) level downward departure pursuant to U.S.S.G. § 5H1.6, as his family circumstances are extraordinary, as outlined in the attached memorandum of law in support of motion for downward departure.

JOHN J. CONLEY,
By his attorney,

DENIED FOR THE REASONS STATED
IN OPEN COURT ON MAY 5, 2006.

WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE: 5/5/06

Edward C. Roy, Jr., Esquire
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
( 401 ) 528 - 4281