**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **vs.** | ) | **CR. No. 05-079S** |
| | ) | |
| **JOHN J. CONLEY** | ) | |

**GOVERNMENT'S MOTION TO DISMISS**
**COUNTS 2, 5, 6, 9, 12, AND 14 OF THE INDICTMENT**

Now comes the United States and moves to dismiss Counts 2, 5, 6, 9, 12, and 14 of the indictment. In accordance with the plea agreement between the defendant and the government, now that the defendant has been sentenced pursuant to his guilty plea to Counts 1, 3, 4, 7, 8, 10, 11, and 13 of the indictment, it is in the interests of justice to dismiss the remaining counts.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

Terrence P. Donnelly
Assistant U.S. Attorney

**CERTIFICATION OF SERVICE**

I hereby certify that on this 8th day of May, 2006, I served by first class mail, postage prepaid, a copy of the within Government's Motion to Dismiss to Edward C. Roy, Assistant Federal Defender, 10 Weybosset Street, Suite 300, Providence, RI 02903.

Liliana M. Steele