UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
MAY 8 '06
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
)
vs. ) CR. No. 05-079S
)
JOHN J. CONLEY )

GOVERNMENT'S MOTION TO DISMISS
COUNTS 2, 5, 6, 9, 12, AND 14 OF THE INDICTMENT

Now comes the United States and moves to dismiss Counts 2, 5, 6, 9, 12, and 14 of the indictment. In accordance with the plea agreement between the defendant and the government, now that the defendant has been sentenced pursuant to his guilty plea to Counts 1, 3, 4, 7, 8, 10, 11, and 13 of the indictment, it is in the interests of justice to dismiss the remaining counts.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

GRANTED
William E. Smith
U.S. District Judge
5/9/06

Terrence P. Donnelly
Assistant U.S. Attorney